IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ADVANCED INSURANCE BROKERAGE**
**OF AMERICA, INC. and J. MATT LILE,**                                      **PLAINTIFFS**

**v.**                    **Case No.:    4:13-CV-532**

**MUTUAL MARINE OFFICE, INC. n/k/a PROSIGHT**
**SPECIALTY MANAGEMENT COMPANY and**
**GOTHAM INSURANCE COMPANY**                                                **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL

Plaintiffs, ADVANCED INSURANCE BROKERAGE OF AMERICA, INC. and J. MATT LILE, by and through their attorneys, Newland & Associates, PLLC, and Defendants, MUTUAL MARINE OFFICE, INC. n/k/a PROSIGHT SPECIALTY MANAGEMENT COMPANY and GOTHAM INSURANCE COMPANY, by and through their attorneys, Friday, Eldredge & Clark, LLP and Merlo Kanofsky Gregg & Machalinski, Ltd., as a result of the Parties having fully settled and resolved all matters in dispute, hereby file this Joint Stipulation of Dismissal dismissing the above captioned matter with prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

NEWLAND & ASSOCIATES, PLLC
2228 Cottondale Lane, Suite 200
Little Rock, AR 72202
Phone - (501) 376-2011
Fax - (501) 376-2147

*Attorneys for Advanced Insurance Brokerage*
*of America, Inc. and J. Matt Lile*

By: /s/Ashlea Brown
    Ashlea Brown, Ark. Bar No. 2007197
    E-Mail – abrown@newlandassociatespllc.com
    Phone – (501) 221-9393

FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3493
Phone - (501) 376-2011
Fax - (501) 376-2147

MERLO KANOFSKY GREGG & MACHALINSKI, LTD.
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604
Phone - (312) 553-5500
Fax - (312) 553-1586

*Attorneys for Mutual Marine Office, Inc. n/k/a
ProSight Specialty Management Company
and Gotham Insurance Company*

By: /s/Thomas D. Donofrio
    Thomas D. Donofrio, Ill. Bar No. 6229154
    E-Mail – tdd@merlolaw.com
    Direct Phone – (312) 683-7185