IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ADVANCED INSURANCE BROKERAGE**                 **PLAINTIFFS**
**OF AMERICA, INC. AND J. MATT LILE**

**v.**                    **CASE NO. 4:13CV00532 BSM**

**MUTUAL MARINE OFFICE, INC. AND**
**GOTHAM INSURANCE COMPANY**                 **DEFENDANTS**

### JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 28th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE